ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Contract Decor, Inc. ) | ASBCA Nos. 61336, 61564 |
| ) | |
| Under Contract No. GS-03F-052CA ) | |
| Delivery Order No. W9128F-16-F-0023 ) | |

APPEARANCES FOR THE APPELLANT:     Ian R. Feldman, Esq.
    Meredith D. Stewart, Esq.
     Clausen Miller P.C.
     Irvine, CA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Stanley E. Tracey, Esq.
    Erin K. Murphy, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

Pursuant to appellant's June 19, 2018 correspondence, which states that the parties have reached a settlement agreement finally resolving the above-captioned appeals, the above-captioned appeals are hereby DISMISSED WITH PREJUDICE.

Dated: June 25, 2018

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61336, 61564, Appeals of Contract Decor, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals